Nov. Term,
1858.

ADAMS
v.
WEYBRIGHT.

WORDEN, J., was absent.

*E. Dumont, O. B. Torbet,* and *P. H. Jewett,* for the appellant.

*J. E. McDonald,* attorney general, for the state.

---

ADAMS and Others *v.* WEYBRIGHT and Another.

*Friday,
December 10.*

APPEAL from the *Lagrange* Circuit Court.

*Per Curiam.*—The appellees, who were the plaintiffs, sued *Timothy Adams, John Starkey,* and *John Benham,* partners under the name of *Adams, Starkey & Co.,* upon a promissory note for the payment of 180 dollars. The defendants failed to appear. Judgment was taken against them by default, and the plaintiffs' damages were assessed by the Court. Final judgment for the plaintiffs.

The error assigned is, that it does not appear from the record that the defendants below had due notice of the suit. The record sets forth, *in hæc verba,* a summons, which appears to have been duly issued against the defendants; also a return thereon by the sheriff, whereby it appears to have been duly served upon all the defendants, on the 16th of *October,* 1856. The Circuit Court, to which the summons was returnable, commenced its session on the 27th of that month; hence, the process was served at least ten days prior to the first day of the term at which the judgment was rendered.

There is, therefore, nothing in the assigned error.

The judgment is affirmed, with 10 per cent. damages and costs.

*J. M. Flagg*, for the appellants.

*R. Parrett*, for the appellees.